State *v.* Whittington—186 Ind. 702.

*Evan B. Stotsenburg,* Attorney-General, and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

MYERS, J.—The questions involved in this case are in all essential respects identical with those in *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423, and upon the authority of that case the judgment in this case is affirmed.

---

• STATE OF INDIANA *v.* WATSON.

[No. 23,049.   Filed June 21, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Tom Watson. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

MYERS, J.—The judgment in this case is affirmed on the authority of *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929.

---

STATE OF INDIANA *v.* WHITTINGTON.

[No. 23,054.   Filed June 21, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Ben F. Whittington. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

MYERS, J.—The questions in this case are identical with those decided in the case of *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929, and on the authority of that case the judgment in this case is affirmed.